UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS JOSEPH MELGER, | No. 2:18-cv-1044 AC P |
| Plaintiff, | |
| v. | ORDER and |
| CALIFORNIA, et al., | FINDINGS AND RECOMMENDATIONS |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se. On April 26, 2018, plaintiff filed a complaint and motion to proceed in forma pauperis in the instant case. On May 15, 2018, prior to the court's screening of plaintiff's initial filings, plaintiff filed a First Amended Complaint (FAC), in which he requests, inter alia, the consolidation of the instant case, and another of his recently filed cases (Case No. 2:18-cv-0019 KJM EFB P),[1] with the case plaintiff filed in 2016 (Case No. 2:16-cv-01452 DB P). See ECF No. 9 at 2. The court's records reflect that defendants in Case No. 2:16-cv-01452 DB P have filed a notice of related cases, identifying the same three cases as duplicative.[2] Plaintiff subsequently filed an FAC in the instant case that is identical to the Fourth Amended Complaint filed in his 2016 case, with the exception that the latter includes a

---

[1] Findings and recommendations are currently pending in Case No. 2:18-cv-0019 KJM EFB P, recommending dismissal without prejudice because duplicative of Case No. 2:16-cv-01452 DB P.
[2] A court may take judicial notice of court records. See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

1

declaration of service by mail. Due to the duplicative nature of the instant action with plaintiff's earliest-filed case (Case No. 2:16-cv-01452 DB P), in which defendants have filed an answer, the undersigned will recommend dismissal of the instant case without prejudice.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly assign a district judge to this case; and

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. <u>See</u> Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the District Judge assigned to this case pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen (14) days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: May 21, 2018

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE