| | |
|---|---|
| THOMAS JOSEPH MELGER,<br><br>      Plaintiff,<br><br>    v.<br><br>COLON, et al.,<br><br>      Defendants. | No. 2:16-cv-1452 DB P<br><br><br>ORDER |
| THOMAS JOSEPH MELGER,<br><br>      Plaintiff,<br><br>    v.<br><br>COLON et al.,<br><br>      Defendants. | No. 2:18-cv-0019 KJM EFB<br><br><br>ORDER |
| THOMAS JOSEPH MELGER,<br><br>      Plaintiff,<br><br>    v.<br><br>CALIFORNIA, et al.,<br><br>      Defendants. | No. 2:18-cv-1044 MCE AC P<br><br><br>ORDER |

Examination of the above-entitled actions reveals that these cases are related within the meaning of Local Rule 123(a). The actions involve the same property, transaction or event and similar questions of fact and the same question of law. Accordingly, assignment of the matters to the same judge is likely to effect a substantial saving of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that the actions are assigned to the same judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

Therefore, IT IS ORDERED that the action denominated as 2:18-cv-0019 KJM EFB and 2:18-cv-1044 MCE AC P are reassigned to the undersigned for all further proceedings, and any dates currently set in the reassigned case only are hereby VACATED. Henceforth, the caption on documents filed in the reassigned case shall be shown as No. 2:18-cv-0019 KJM DB and 2:18-cv-1044 MCE DB.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated: May 30, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:12
DLB:1/Orders/Prisoner-Civil.Rights/melg1452.860